# Pay History

Select a pay date to view, download, or print a single pay statement. To download multiple pay statements, select up to 30 pays with a pay date on or after 11/13/2018. Select Download to initiate the process to receive a single file with multiple pay statements.

Displaying **1-10** of **134** records

| Pay Date | Document Number | Net Pay | Earnings | Employee Deductions | Employee Taxes |
|---|---|---|---|---|---|
| 01/18/2022 | 26402699 | $172.69 | $564.59 | $283.84 | $108.06 |
| 01/11/2022 | 26328495 | $181.56 | $640.03 | $330.68 | $127.79 |
| 01/04/2022 | 26262189 | $224.69 | $1,100.01 | $620.80 | $254.52 |
| 12/28/2021 | 26185022 | $0.00 | $745.56 | $610.00 | $135.56 |
| 12/21/2021 | 26113299 | $11.55 | $536.98 | $423.56 | $101.87 |
| 12/14/2021 | 26016568 | $11.32 | $126.75 | $100.50 | $14.93 |
| 12/07/2021 | 25943685 | $47.35 | $55.18 | $1.40 | $6.43 |
| 12/01/2021 | 25913425 | $0.20 | $0.23 | $0.00 | $0.03 |
| 11/30/2021 | 25856111 | $50.14 | $421.20 | $299.23 | $71.83 |
| 11/23/2021 | 25789384 | $3.38 | $4.40 | $0.50 | $0.52 |

Records per page  10     Displaying 1-10 of 134 records      1 / 14